THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CLEARPLAY, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>DISH NETWORK, LLC, and ECHOSTAR TECHNOLOGIES, LLC,<br><br>                Defendants. | **RECORD OF DEPOSITION TESTIMONY SHOWN BY VIDEO AT TRIAL**<br><br>Case No. 2:14-cv-00191-DN-CMR<br><br>District Judge David Nuffer |

    This filing constitutes the Record of Deposition Testimony Shown by Video at Trial. Plaintiff submitted the attached transcripts of deposition testimony that were offered at trial by video. The attached transcripts were generated from a computer program based on the actual video played at trial.

    Plaintiff provided the attached transcripts to Defendants' counsel via email on March 5, 2023. At the time of this filing, no objection has been received.

    Signed March 14, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge