THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CLEARPLAY, INC.,<br><br>Plaintiff<br><br>v.<br><br>DISH NETWORK L.L.C., and<br>ECHOSTAR TECHNOLOGIES L.L.C.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:14-cv-00191-DN-CMR<br><br>District Judge David Nuffer<br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Judgment is entered in favor of Defendants DISH Network L.L.C. and EchoStar Technologies L.L.C. (collectively, "DISH") and against Plaintiff ClearPlay, Inc.'s ("ClearPlay") as to all claims in ClearPlay's Complaint.

Judgment is further entered declaring that:

1. Claims 28 and 33 of U.S. Patent Nos. 7,577,970 (the "'970 Patent") are not infringed by DISH's Hopper 1, Hopper 2, and Hopper 3 devices, along with DISH's data input, server, and satellite systems (collectively, the "Accused Products");
2. Claim 12 of U.S. Patent Nos. 6,898,799 (the "'799 Patent") is not infringed by the Accused Products;
3. DISH is the prevailing party;
4. This judgment is without prejudice to DISH's right to seek attorneys' fees pursuant to, *inter alia*, 35 U.S.C. § 285; and

5. This judgment is without prejudice to DISH's right to seek costs pursuant to, *inter alia*, Fed. R. Civ. P. 54(d).

Signed this 2nd day of June, 2023.

BY THE COURT:

David Nuffer
United States District Judge